UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CAROL A. FAUST
CAROL FAUST, CAROL ANN
FAUST

       Debtor(s)    CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
       Movant

vs.             CASE NO: 5-24-03291-MJC
CAROL A. FAUST
CAROL FAUST, CAROL ANN
FAUST

       Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on April 2, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

            Respectfully submitted,

            /s/ Agatha R. McHale, Esquire
            ID: 47613
            Attorney for Trustee
            Jack N. Zaharopoulos
            Standing Chapter 13 Trustee
            Suite A, 8125 Adams Drive
            Hummelstown, PA 17036
            Phone: (717) 566-6097
            email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CAROL A. FAUST
CAROL FAUST, CAROL ANN
FAUST

              Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant

vs.                                          CASE NO: 5-24-03291-MJC
CAROL A. FAUST
CAROL FAUST, CAROL ANN
FAUST

              Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    U.S. Bankruptcy Court                              Date:   May 1, 2025
    Max Rosenn U.S. Courthouse                 Time:   10:00 AM
    197 S. Main Street
    Wilkes Barre, PA 18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2703.00**
        **AMOUNT DUE FOR THIS MONTH: $901.00**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $3604.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    April 2, 2025              Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID:  47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CAROL A. FAUST
CAROL FAUST, CAROL ANN
FAUST

      Debtor(s)    CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

vs.            CASE NO: 5-24-03291-MJC
CAROL A. FAUST
CAROL FAUST, CAROL ANN
FAUST

      Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 2, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

<u>Served by First Class Mail</u>

CAROL A. FAUST
505 BREW STREET
TAMAQUA PA 18252

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 2, 2025        /s/ Tammy Life
                Office of the Standing Chapter 13 Trustee
                Jack N. Zaharopoulos
                Suite A, 8125 Adams Dr.
                Hummelstown, PA 17036
                Phone: (717) 566-6097
                email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CAROL A. FAUST
AKA: CAROL FAUST, CAROL ANN
FAUST

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-24-03291-MJC

vs.

CAROL A. FAUST
AKA: CAROL FAUST, CAROL ANN
FAUST

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.