**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   CAROL A. FAUST

                               CHAPTER 13

       Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
     Movant

                            CASE NO:   5:24-BK-03291-MJC

CAROL A. FAUST

       Respondent(s)

**CERTIFICATION OF DEFAULT**

AND NOW on June 30, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during tthe remaining term of the plan.

As of June 30, 2026, the Debtor(s) is/are $4,955.00 in arrears a plan payment having last been made on March 9, 2026.

In accordance with said stipulation, the case may be dismissed  upon certification of the trustee without further notice or hearing.

Dated:    June 30, 2026

Respectfully submitted,

/s/    Agatha R. McHale, Esquire
ID:  47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  CAROL A. FAUST

                                              CHAPTER 13

      Debtor(s)

      JACK N. ZAHAROPOULOS                   CASE NO:  5:24-BK-03291-MJC
      CHAPTER 13 TRUSTEE
          Movant

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 30, 2026, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

  <u>Served Electronically</u>

  TULLIO DELUCA, ESQUIRE
  4113 BIRNEY AVENUE
  SUITE 2
  MOOSIC, PA 18507


  UNITED STATES TRUSTEE
  1501 NORTH 6TH STREET
  BOX 302
  HARRISBURG, PA  17102

  <u>Served by First Class Mail</u>
  CAROL A. FAUST
  505 BREW STREET
  TAMAQUA, PA 18252



  I certify under penalty of perjury that the foregoing is true and correct.



Date:  June 30, 2026                   <u>/s/  Ashley Schott</u>
                                      Office of the Standing Chapter 13 Trustee
                                      Jack N. Zaharopoulos
                                      Suite A, 8125 Adams Dr.
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      email: info@pamd13trustee.com