United States Bankruptcy Court

Middle District of Pennsylvania

In re: | Case No. 24-03291-MJC

Carol A. Faust | Chapter 13

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　User: AutoDocke　　　　　Page 1 of 2

Date Rcvd: Jul 01, 2026　　　　　Form ID: pdf010　　　　　Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol　　　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

**Recip ID　　　　Recipient Name and Address**
db　　　　　　+ Carol A. Faust, 505 Brew Street, Tamaqua, PA 18252-1512

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5689388 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 01 2026 18:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5677272 | Email/Text: tullio.deluca@verizon.net | Jul 01 2026 18:50:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5680255 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 18:55:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5677273 | Email/Text: camanagement@mtb.com | Jul 01 2026 18:50:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 5693037 | Email/Text: camanagement@mtb.com | Jul 01 2026 18:50:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID　　Bypass Reason　Name and Address**
5677271　　\*+　　　　Carol A. Faust, 505 Brew Street, Tamaqua, PA 18252-1512

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| J Eric Kishbaugh | on behalf of Creditor M&T BANK jkishbaugh@udren.com  vbarber@udren.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Carol A. Faust tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Carol A. Faust<br>aka Carol Ann Faust<br>aka Carol Faust | Chapter: | 13 |
| Debtor 1 | Case No.: | 5:24-bk-03291-MJC |
| Jack N. Zaharopoulos<br>Chapter 13 Trustee<br>vs. Movant(s) | | |
| Carol A. Faust | | |
| Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 63, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the Debtor(s) be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 1, 2026